IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Williamsburg Regional Hospital, | C/A no. 4:16-cv-03477-RBH |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL** |
| Continental Casualty Company, | |
| Defendant. | |

Under Rule 41(a)(1)(A)(ii), plaintiff and defendant stipulate and agree to dismiss the above-captioned action with prejudice.

Respectfully submitted,

| | |
|---|---|
| RICHARDSON, PATRICK, WESTBROOK & BRICKMAN, LLC | ROSEN, ROSEN & HAGOOD, LLC |
| BY: _/s/Chris Moore_____ | By: _/s/Alice F. Paylor_____ |
| Terry E. Richardson, Jr. | Alice F. Paylor |
| Daniel Haltiwanger | 151 Meeting Street, Suite 400 |
| Chris Moore | Charleston, S.C. 29401 |
| 1730 Jackson Street | T: 843.577.6726 |
| Barnwell, South Carolina 29812 | |
| T: 803.541.7850 | DENTONS |
| F: 803.541.9625 | |
| | J. Randolph Evans |
| JENKINSON, JARRETT AND KELLAHAN, P.A. | J. Stephen Berry |
| | Dentons US, LLP |
| | 303 Peachtree Street, NE |
| W. E. Jenkinson, III | Suite 5300 |
| 120 West Main Street | Atlanta, Georgia 30308 |
| Kingstree, South Carolina 29556 | T: 404.527.4000 |
| **Attorneys for plaintiff** | **Attorneys for defendant** |

Dated: February 22, 2017

1